```
QUIN DENVIR, Bar #49374
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
DOUGLAS DAWKINS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS DAWKINS, | NO. CIV S 00-0947 LKK KJM |
| Petitioner, | REQUEST FOR EXTENSION OF TIME TO FILE PETITIONER'S OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS |
| v. | |
| R.A. CASTRO, Warden | |
| Respondent, | |

Petitioner DOUGLAS LEE DAWKINS by and through his counsel hereby requests a thirty-day extension of time to and including July 25, 2005, from the current deadline of June 23, 2005, to file Petitioner's Objections to the Magistrate Judge's Findings and Recommendations. A proposed order is being lodged separately.

The Magistrate Judge filed Findings and Recommendations in this matter on June 3, 2005. Counsel has acted diligently in this matter but will be unable to complete the objections by the currently scheduled due date because of a long-planned vacation scheduled from June 13 to June 27, 2005. This is the first extension of time requested and it is not sought for the purpose of delay or to gain any undue advantage. Respondent's counsel, Supervising Deputy Attorney Carlos Martinez has

been contacted and graciously indicated he does not oppose this request.

Dated:  June 22, 2005

                              Respectfully submitted,

                              QUIN DENVIR
                              Federal Defender

                              */s/   Ann C. McClintock*
                              ANN C. McCLINTOCK[*]
                              Assistant Federal Defender

                              Attorneys for Petitioner
                              DOUGLAS LEE DAWKINS

                              **********

Pursuant to petitioner's unopposed request, and good cause appearing therefor, objections to the findings and recommendations may be filed on or before July 25, 2005.  Any reply to the objections shall be served and filed within ten days after service of the objections.

Dated:  June 24, 2005.

                              _____
                              UNITED STATES MAGISTRATE JUDGE

---

[*] Because counsel for petition is currently out of the office on annual leave, she has authorized Assistant Federal Defender David M. Porter to sign and file this request on her behalf.

2